# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2785
Lower Tribunal No. 2023-CF-000037

_____

TROY ALLEN FAYE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Glades County.
Jack Lundy, Judge.

March 31, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, WHITE and PRATT, JJ., concur.


Samantha Stevins, Punta Gorda, Appellant.

James Uthmeier, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED